IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER KRANSKY<br><br>Plaintiff,<br>vs.<br><br>RALPH GIGLIOTTI, DR. JUDY HAYMAN, JILL THOLT, LORI TURNER, STEPHEN JACKSON, AND DAVID HUNTOON, all in their Individual Capacities<br><br>Defendants. | CV 23-116-BLG-SPW<br><br>ORDER |

The United States has filed an Unopposed Motion to Substitute the United States as a Party (Doc. 8) in the above-captioned matter for Ralph Gigliotti, Dr. Judy Hayman, Jill Tholt, Lori Turner, Stephen Jackson, and David Huntoon. With good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 8) is **GRANTED.** The clerk shall amend the caption to reflect that the United States has been substituted as the only Defendant.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of November, 2023.

SUSAN P. WATTERS
United States District Court Judge