UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER KRANSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV-23-116-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered as stated in the Court's Order E.C.F. 26 filed on April 3,  2024.

Dated this 3rd day of April, 2024.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk